CLARISSA E. LANDELL, APPELLANT, v. BOARD OF CONSERVATION AND DEVELOPMENT ET AL., RESPONDENTS.

Argued October 23, 1925—Decided February 21, 1926.

On appeal from the Supreme Court, whose opinion is reported in 101 *N. J. L.* 294.

For the appellant, *Bleakly, Stockwell & Burling.*

For the respondents, *Edward L. Katzenbach* and *John Milton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, PARKER, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.    11.

*For reversal*—None.